**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Trading Technologies International, Inc.

                                Plaintiff,

v.                           Case No.: 1:10−cv−00720
                             Honorable Virginia M. Kendall

FuturePath Trading, LLC

                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, November 20, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall: Pursuant to stipulation filed in case no. 10 C 715, defendant FuturePath Trading is dismissed with prejudice in this. This case is dismissed.Civil case terminated. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.